B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**AMENDED Voluntary Petition**
Case #: 15-10279

**Name of Debtor (if individual, enter Last, First, Middle):**
Orion Processing LLC

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

**All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):**
dba World Law Processing; dba World Law Debt

**All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):**

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):** xx-xxx8205

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):**

**Street Address of Debtor (No. and Street, City, and State):**
9011 Mountain Ridge Dr., Ste 200
Austin, TX
ZIP CODE: 78759

**Street Address of Joint Debtor (No. and Street, City, and State):**
ZIP CODE:

**County of Residence or of the Principal Place of Business:**
Travis

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor (if different from street address):**
ZIP CODE:

**Mailing Address of Joint Debtor (if different from street address):**
ZIP CODE:

**Location of Principal Assets of Business Debtor (if different from street address above):**
ZIP CODE:

## Type of Debtor (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

## Tax-Exempt Entity (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- [x] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [x] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 3595753245)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Orion Processing LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>None | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor:<br>None | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>                                                        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)   Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): Orion Processing LLC |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X_____ <br><br> X_____ <br><br> Telephone Number (If not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X_____ <br> (Signature of Foreign Representative) <br><br> _____ <br> (Printed Name of Foreign Representative) <br><br> Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X /s/ Jerome A. Brown <br> Jerome A. Brown    Bar No. 03140000 <br><br> The Brown Law Firm <br> P.O. Box 1667 <br> Victoria, Texas 77902 <br><br> Phone No. (361) 579-6700    Fax No. (361) 485-0465 <br><br> 3/16/2015 <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> **Orion Processing LLC** <br><br> X /s/ David Klein <br> Signature of Authorized Individual <br><br> David Klein <br> Printed Name of Authorized Individual <br><br> Chief Operating Officer <br> Title of Authorized Individual <br><br> 3/16/2015 <br> Date | Address <br> X_____ <br><br> _____ <br> Date <br><br> Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014 (Build 11.2.1.1, ID 3595753245)*

2/26/2015  Report: Balance Sheet

# Orion Processing, LLC d/b/a World Law Processing
## BALANCE SHEET
### As of January 31, 2015

|  | TOTAL |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Cash | |
|         B of A 8560 | 43.00 |
|         Operating Prosperity 5641 | 20,607.65 |
|         Payroll Prosperity 8213 | 2,679.86 |
|       Total Cash | 23,330.51 |
|     Total Bank Accounts | $23,330.51 |
|     Other current assets | |
|       Client Prepay Receivable | 26,214.89 |
|       Employee Advances | 3,790.00 |
|       Exchange | |
|         Exchange - Payroll | -172.45 |
|       Total Exchange | -172.45 |
|       Loans to Others | |
|         Loan - FCIAM | 304.61 |
|       Total Loans to Others | 304.61 |
|       Trust Account - BML&I | 300,000.00 |
|     Total Other current assets | $330,137.05 |
|   Total Current Assets | $353,467.56 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -50,392.90 |
|     Computer Equipment | 43,512.10 |
|     LHI - 9011 | |
|       Build Out | |
|         Original Cost | 34,573.80 |
|       Total Build Out | 34,573.80 |
|       Carpeting | 7,507.12 |
|     Total LHI - 9011 | 42,080.92 |
|     Office Furniture | 8,925.88 |
|     Telephone Equipment | 13,897.89 |
|     VW Bug | 11,434.80 |
|   Total Fixed Assets | $69,458.69 |
| **TOTAL ASSETS** | **$422,926.25** |
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         Accounts Payable | -2.21 |

2/26/2015                                    Report: Balance Sheet

| | |
|---|---:|
| Total Accounts Payable | $ -2.21 |
| Other Current Liabilities | |
|     Due to WLG | 1,760.00 |
|     Due to Workers Comp | 295.28 |
|     Escheat Payable | 1,189.17 |
| Total Other Current Liabilities | $3,244.45 |
| Total Current Liabilities | $3,242.24 |
| **Total Liabilities** | $3,242.24 |
| Equity | |
|     Additional paid-in Capital | 134,078.06 |
|     Common Stock | 1,000.00 |
|     Member Distributions | -2,018,456.27 |
|     Retained Earnings | 2,500,318.06 |
|     Net Income | -197,255.84 |
| **Total Equity** | $419,684.01 |
| **TOTAL LIABILITIES AND EQUITY** | $422,926.25 |

*Thursday, Feb 26, 2015 10:23:49 PM PST GMT-5 - Cash Basis*

2/26/2015  Report: Profit and Loss

# Orion Processing, LLC d/b/a World Law Processing
## PROFIT AND LOSS
### January 2015

|  | TOTAL |
|---|---:|
| **Income** |  |
| Administration Fees | 181,860.00 |
| **Total Income** | **$181,860.00** |
| **Gross Profit** | **$181,860.00** |
| **Expenses** |  |
| Auto Expense | 2,249.13 |
| Bank Charges | 80.00 |
| Business Gifts | 589.24 |
| Computer and Internet Expenses | 1,346.92 |
| Consulting | 3,500.00 |
| Education & Training | 806.69 |
| Insurance | 2,121.79 |
| Late Fees | 50.00 |
| Legal & Professional Fees | 15,783.40 |
| License Expense | 198.00 |
| Management Fee | 120,000.00 |
| Meals and Entertainment | 356.96 |
| Memberships | 246.90 |
| Office Expenses | 3,722.40 |
| Office Supplies | 792.62 |
| Payroll Expenses | 154,923.62 |
| Per Diem | 1,000.00 |
| Postage & Delivery | 5,196.45 |
| Rent or Lease | 47,942.62 |
| Taxes & Licenses | 695.31 |
| Telephone Expense | 15,898.35 |
| Travel | 1,615.44 |
| **Total Expenses** | **$379,115.84** |
| **Net Operating Income** | **$ -197,255.84** |
| **Net Income** | **$ -197,255.84** |

*Thursday, Feb 26, 2015 10:25:34 PM PST GMT-5 - Cash Basis*

2/26/2015

Report: Statement of Cash Flows

# Orion Processing, LLC d/b/a World Law Processing
## STATEMENT OF CASH FLOWS
January 2015

|  | TOTAL |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 157,438.02 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |
| Accounts Receivable | -292,664.70 |
| Employee Advances | -250.00 |
| Exchange:Exchange - Payroll | 249.97 |
| Accounts Payable | -62,029.16 |
| Payroll Liabilities:Child Support | 0.00 |
| Payroll Liabilities:Garnishments | 0.00 |
| Payroll Liabilities:Payroll Taxes Payable | 0.00 |
| **Net cash provided by operating activities** | **$ -197,255.87** |
| **Net cash increase for period** | **$ -197,255.87** |
| Cash at beginning of period | 220,586.38 |
| **Cash at end of period** | **$23,330.51** |

*Thursday, Feb 26, 2015 10:27:48 PM PST GMT-5*

# Form 1120S — U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

Department of the Treasury — Internal Revenue Service

OMB No. 1545-0130


2013 COPY

For calendar year 2013 or tax year beginning _____, and ending _____

| | | |
|---|---|---|
| **A** S election effective date: 01/01/2009 | **Name:** ORION PROCESSING, LLC | **D** Employer Identification number: [redacted] |
| **B** Business activity code number (see instructions): 522291 | **Number, street, and room or suite no.** 8127 MESA DRIVE SUITE B206 - PMB #236 | **E** Date Incorporated: 06/02/2008 |
| **C** Check if Sch. M-3 attached ☐ | **City or town, state or province, country, and ZIP:** AUSTIN, TX 78759 | **F** Total assets (see instructions): $620,983. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes [X] No
**H** Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S election termination or revocation
**I** Enter the number of shareholders who were shareholders during any part of the tax year ▶ 1

*Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.*

### Income

| Line | Description | Amount |
|---|---|---|
| 1a | Gross receipts or sales ....... 12,662,778. | |
| 1b | Returns and allowances ....... 316,428. | |
| 1c | Bal. Subtract line 1b from line 1a | 12,346,350. |
| 2 | Cost of goods sold (attach Form 1125-A) | |
| 3 | Gross profit. Subtract line 2 from line 1c | 12,346,350. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | |
| 5 | Other income (loss) (attach statement) | |
| 6 | Total income (loss). Add lines 3 through 5 | 12,346,350. |

### Deductions (See instructions for limitations)

| Line | Description | Amount |
|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | 50,000. |
| 8 | Salaries and wages (less employment credits) | 2,165,004. |
| 9 | Repairs and maintenance | |
| 10 | Bad debts | 750. |
| 11 | Rents | 273,004. |
| 12 | Taxes and licenses    STATEMENT 1 | 287,073. |
| 13 | Interest | |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 5,839. |
| 15 | Depletion (Do not deduct oil and gas depletion.) | |
| 16 | Advertising | 643. |
| 17 | Pension, profit-sharing, etc., plans | |
| 18 | Employee benefit programs | |
| 19 | Other deductions (attach statement)    STATEMENT 2 | 3,850,974. |
| 20 | Total deductions. Add lines 7 through 19 | 6,633,287. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 5,713,063. |

### Tax and Payments

| Line | Description | | |
|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| 22b | Tax from Schedule D (Form 1120S) | 22b | |
| 22c | Add lines 22a and 22b | | |
| 23a | 2013 estimated tax payments and 2012 overpayment credited to 2013 | 23a | |
| 23b | Tax deposited with Form 7004 | 23b | |
| 23c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| 23d | Add lines 23a through 23c | | |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | | |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | |
| 27 | Enter amount from line 26 Credited to 2014 estimated tax ▶     Refunded ▶ | | |

**Sign Here** ▶ Signature of officer / Date / Title: PRESIDENT
May the IRS discuss this return with the preparer shown below (see instr.)? [X] Yes ☐ No

**Paid Preparer Use Only:**
- Print/Type preparer's name: IRA SILVER, CPA
- Preparer's signature: [signed] Ira Silver
- Date: 9/11/2014
- Check if self-employed: ☐
- PTIN: P00290043
- Firm's name ▶ MORRISON BROWN ARGIZ & FARRA, LLC
- Firm's EIN ▶ 01-0720052
- Firm's address ▶ 200 SOUTH ORANGE AVENUE, SUITE 1445, ORLANDO, FL 32801
- Phone no.: (407) 237-3600

JWA For Paperwork Reduction Act Notice, see separate instructions.    Form **1120S** (2013)
311701 12-18-13

1

21100911 795691 145605.001    2013.04021 ORION PROCESSING, LLC    145605_1

Form 1120S (2013) ORION PROCESSING, LLC  Page 2

## Schedule B  Other Information (see instructions)

1. Check accounting method: (a) [X] Cash (b) [ ] Accrual (c) [ ] Other (specify) ▶ _____  Yes / No
2. See the instructions and enter the:
   (a) Business activity ▶ DEBT SETTLEMENT  (b) Product or service ▶ DEBT SETTLEMENT
3. At any time during the tax year, was any shareholder in the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation ... **No: X**
4. At the end of the tax year, did the corporation:
   a. Own directly 20% or more, or own directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. **No: X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Voting Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |

   b. Own directly an interest of 20% or more, or own directly or indirectly an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. **No: X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |

5. a. At the end of the tax year, did the corporation have any outstanding shares of restricted stock? ... **No: X**
   If "yes" complete lines (i) and (ii) below
   (i) Total shares of restricted stock ▶ _____
   (ii) Total shares of non-restricted stock ▶ _____
   b. At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? ... **No: X**
   If "yes" complete lines (i) and (ii) below
   (i) Total shares of stock outstanding at the end of the tax year ▶ _____
   (ii) Total shares of stock outstanding if all instruments were executed ▶ _____
6. Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? ... **No: X**
7. Check this box if the corporation issued publicly offered debt instruments with original issue discount ............ ▶ [ ]
   If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments.
8. If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ _____
9. Enter the accumulated earnings and profits of the corporation at the end of the tax year ▶ $ _____
10. Does the corporation satisfy both of the following conditions?
    a. The corporation's total receipts (see instructions) for the tax year were less than $250,000
    b. The corporation's total assets at the end of the tax year were less than $250,000 ... **No: X**
    If "Yes," the corporation is not required to complete Schedules L and M-1
11. During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? ... **No: X**
    If "Yes," enter the amount of principal reduction ...................... $ _____
12. During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions ... **Yes: X**
13. a. Did the corporation make any payments in 2013 that would require it to file Form(s) 1099 (see instructions)? ... **Yes: X**
    b. If "Yes," did the corporation file or will it file all required Forms 1099? ... **Yes: X**

Form 1120S (2013)

311711
12-18-13  JWA

2

21100911 795691 145605.001    2013.04021 ORION PROCESSING, LLC    145605_1

Form 1120S (2013)    ORION PROCESSING, LLC      Page 3

## Schedule K — Shareholders' Pro Rata Share Items

| | Item | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) | 1 | 9,713,063 |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) ......... 3a | | |
| | b Expenses from other rental activities (attach statement) ... 3b | | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income | 4 | |
| | 5 Dividends: a Ordinary dividends | 5a | |
| |      b Qualified dividends ......... 5b | | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) ......... 8b | | |
| | c Unrecaptured section 1250 gain (attach statement) ... 8c | | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss) (see instructions) Type ▶ | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions     STATEMENT 3 | 12a | 760. |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2) expenditures (1) Type ▶ | | |
| |      (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions) Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits (see instructions) Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses     STATEMENT 4 | 16c | 24,105. |
| | d Distributions (attach statement if required)     STATEMENT 5 | 16d | 5,425,818. |
| | e Repayment of loans from shareholders | 16e | |

311721 12-18-13   JWA      3      Form **1120S** (2013)

Form 1120S (2013)    ORION PROCESSING, LLC    Page 4

### Schedule K — Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---:|
| Other Information | 17a Investment income | |
| | b Investment expenses | |
| | c Dividend distributions paid from accumulated earnings and profits | |
| | d Other items and amounts (attach statement) | |
| Reconciliation | 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 5,712,303. |

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---:|---:|---:|---:|
| 1 | Cash | | 272,758. | | 69,702. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) STATEMENT 6 | | 2,290. | | 383,849. |
| 7 | Loans to shareholders | | 0. | | 82,000. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) STATEMENT 7 | | 48,000. | | 48,000. |
| 10a | Buildings and other depreciable assets | 112,034. | | 120,960. | |
| b | Less accumulated depreciation | 77,688. | 34,346. | 83,528. | 37,432. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 357,394. | | 620,983. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) STATEMENT 8 | | 120. | | 1,329. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 1,000. | | 1,000. |
| 23 | Additional paid-in capital | | 134,078. | | 134,078. |
| 24 | Retained earnings STATEMENT 9 | | 222,196. | | 484,576. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 357,394. | | 620,983. |

JWA     Form 1120S (2013)

Form 1120S (2013) ORION PROCESSING, LLC Page 5

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

1  Net income (loss) per books ............ 5,688,198.
2  Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize):
3  Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize):
   a Depreciation $
   b Travel and entertainment $ 24,105.     24,105.
4  Add lines 1 through 3 ............ 5,712,303.
5  Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize):
   a Tax-exempt interest $
6  Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize):
   a Depreciation $
7  Add lines 5 and 6
8  Income (loss) (Schedule K, line 18). Line 4 less line 7 ......... 5,712,303.

### Schedule M-2 — Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1  Balance at beginning of tax year | 222,196. | | |
| 2  Ordinary income from page 1, line 21 | 5,713,063. | | |
| 3  Other additions | | | |
| 4  Loss from page 1, line 21 | ( ) | | |
| 5  Other reductions  STATEMENT 10 | ( 24,865.) | ( ) | |
| 6  Combine lines 1 through 5 | 5,910,394. | | |
| 7  Distributions other than dividend distributions | 5,425,818. | | |
| 8  Balance at end of tax year. Subtract line 7 from line 6 | 484,576. | | |

JWA                                                               Form 1120S (2013)



**Form 1125-E** (Rev. December 2013)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-2225

Name: **ORION PROCESSING, LLC**

Employer Identification number: [redacted]

Note. Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | (d) Common | (e) Preferred | (f) Amount of compensation |
|---|---|---|---|---|---|
| 1 DERIN SCOTT | 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 | FULL | 100.00% | | |
| SHANNON M SCOTT | 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 | FULL | | | 50,000. |

| | | |
|---|---|---|
| 2 Total compensation of officers | 2 | 50,000. |
| 3 Compensation of officers claimed on Form 1125-A or elsewhere on return | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return | 4 | 50,000. |

For Paperwork Reduction Act Notice, see separate instructions.

Form 1125-E (Rev. 12-2013)

324451 11-26-13

6

21100911 795691 145605.001     2013.04021 ORION PROCESSING, LLC     145605_1

**Form 4562** — Depreciation and Amortization (Including Information on Listed Property) · OTHER
Department of the Treasury — Internal Revenue Service (99)
▶ See separate instructions. ▶ Attach to your tax return.
OMB No. 1545-0172

Attachment Sequence No. 179

Name(s) shown on return: **ORION PROCESSING, LLC**
Business or activity to which this form relates: **OTHER DEPRECIATION**
Identifying number: [redacted]

**Part I  Election To Expense Certain Property Under Section 179** Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

6 

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2012 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | |
| 13 | Carryover of disallowed deduction to 2014. Add lines 9 and 10, less line 12 ▶ 13 | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II  Special Depreciation Allowance and Other Depreciation** (Do not include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | 4,464. |
| 15 | Property subject to section 168(f)(1) election | |
| 16 | Other depreciation (including ACRS) | |

**Part III  MACRS Depreciation** (Do not include listed property.) (See instructions.)

Section A

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2013 | 886. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | |

Section B - Assets Placed in Service During 2013 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b  5-year property | | | | | | |
| c  7-year property | | 4,462. | 7 YRS. | MQ | 200DB | 489. |
| d  10-year property | | | | | | |
| e  15-year property | | | | | | |
| f  20-year property | | | | | | |
| g  25-year property | | | 25 yrs. | | S/L | |
| h  Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i  Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

Section C - Assets Placed in Service During 2013 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b  12-year | | | 12 yrs. | | S/L | |
| c  40-year | / | | 40 yrs. | MM | S/L | |

**Part IV  Summary** (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 5,839. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

316251 12-18-13  LHA  For Paperwork Reduction Act Notice, see separate instructions.
Form 4562 (2013)

7

21100911 795691 145605.001    2013.04021 ORION PROCESSING, LLC    145605_1

Form 4562 (2013)  ORION PROCESSING, LLC  Page 2

**Part V** Listed Property (Include automobiles, certain other vehicles, certain computers, and property used for entertainment, recreation, or amusement.)
Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

Section A - Depreciation and Other Information (Caution: See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............... 25

26 Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | |
| | | % | | | | | | |

27 Property used 50% or less in a qualified business use:

| | | % | | | | S/L - | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... 28
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............... 29

Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42 Amortization of costs that begins during your 2013 tax year:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

43 Amortization of costs that began before your 2013 tax year ............... 43
44 Total. Add amounts in column (f). See the instructions for where to report ............... 44

316252 12-10-13   Form 4562 (2013)

8

21100911  795691  145605.001     2013.04021  ORION PROCESSING, LLC      145605_1

ORION PROCESSING, LLC

| FORM 1120S | TAXES AND LICENSES | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PAYROLL TAXES | 209,825. |
| TAXES & LICENSES | 77,248. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 287,073. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| AFFILIATE INCENTIVE BONUS | 101,805. |
| AUTO EXPENSE | 29,251. |
| BANK CHARGES | 7,806. |
| BUSINESS GIFTS | 3,302. |
| CLIENT MANAGEMENT | 37,353. |
| COMPUTER & INTERNET EXPENSES | 32,910. |
| DUES & SUBSCRIPTIONS | 22,036. |
| EDUCATION & TRAINING | 2,119. |
| INSURANCE | 4,122. |
| LEGAL & PROFESSIONAL FEES | 160,737. |
| MANAGEMENT FEE | 2,120,900. |
| MEALS AND ENTERTAINMENT | 24,105. |
| MISCELLANEOUS | 9,001. |
| OFFICE EXPENSES | 59,401. |
| PAYROLL PROCESSING | 20,627. |
| POSTAGE & DELIVERY | 37,135. |
| SALES COMMISSIONS/ROYALTIES | 915,052. |
| TELEPHONE | 189,873. |
| TEMPORARY LABOR | 48,364. |
| TRAVEL | 25,075. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 3,850,974. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | | | STATEMENT 3 |
|---|---|---|---|---|
| DESCRIPTION | NO LIMIT | 50% / 100% LIMIT | 30% LIMIT | 20% LIMIT |
| CHARITABLE CONTRIBUTIONS | | 760. | | |
| TOTALS TO SCHEDULE K, LINE 12A | | 760. | | |

ORION PROCESSING, LLC

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 24,105. |
| TOTAL TO SCHEDULE K, LINE 16C | 24,105. |

| FORM 1120S | DISTRIBUTIONS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | DATE ACQUIRED | DATE DISTRIBUTED | COST | AMOUNT |
|---|---|---|---|---|
| DISTRIBUTIONS | | | | 5,425,818. |
| TOTAL INCLUDED IN FORM 1120S, PAGE 3, LINE 16D | | | | 5,425,818. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| CLIENT PREPAY | 0. | 3,585. |
| EMPLOYEE ADVANCES | 700. | 7,720. |
| GLOBAL EXCHANGE | 192. | 0. |
| INTERCOMPANY | 1,398. | 70,536. |
| PAYROLL EXCHANGE | 0. | 2,008. |
| TRUST ACCOUNT - BML&I | 0. | 300,000. |
| TOTAL TO SCHEDULE L, LINE 6 | 2,290. | 383,849. |

| SCHEDULE L | OTHER INVESTMENTS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ENERGY XTREME LOAN | 48,000. | 48,000. |
| TOTAL TO SCHEDULE L, LINE 9 | 48,000. | 48,000. |

ORION PROCESSING, LLC

| SCHEDULE L | OTHER CURRENT LIABILITIES | | STATEMENT 8 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| DUE TO ESCHEAT | | 0. | 1,189. |
| DUE TO WLG | | 120. | 140. |
| TOTAL TO SCHEDULE L, LINE 18 | | 120. | 1,329. |

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT 9 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| BALANCE AT BEGINNING OF YEAR | | 222,196. |
| NET INCOME PER BOOKS | | 5,688,198. |
| DISTRIBUTIONS | | -5,425,818. |
| OTHER INCREASES (DECREASES) | | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | | 484,576. |

| SCHEDULE M-2 | ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS | STATEMENT 10 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| CHARITABLE CONTRIBUTIONS | | 760. |
| NONDEDUCTIBLE EXPENSES | | 24,105. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | | 24,865. |

1

**Schedule K-1 (Form 1120S)** 2013
Department of the Treasury
Internal Revenue Service
For calendar year 2013, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0130

COPY

### Part I — Information About the Corporation

**A** Corporation's employer identification number
[redacted]

**B** Corporation's name, address, city, state, and ZIP code
ORION PROCESSING, LLC
8127 MESA DRIVE SUITE B206 - PMB #236
AUSTIN, TX  78759

**C** IRS Center where corporation filed return
E-FILE

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
[redacted]

**E** Shareholder's name, address, city, state and ZIP code
DERIN SCOTT
7060 SE CONGRESS
HOBE SOUND, FL 33455

**F** Shareholder's percentage of stock ownership for tax year ............ 100.000000%

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---:|---|---|---:|
| 1 | Ordinary business income (loss) | 5,713,063. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| | | | C* | | 24,105. |
| 12 | Other deductions | | D* | | 5,425,818. |
| A | | 760. | | | |
| | | | 17 | Other information | |

*See attached statement for additional information.

ORION PROCESSING, LLC 

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 16, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 24,105. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 24,105. | |

| SCHEDULE K-1 | DISTRIBUTIONS BOX 16, CODE D | | |
|---|---|---|---|
| DESCRIPTION | DATE | AMOUNT | FILING INSTRUCTIONS |
| DISTRIBUTIONS | | 5,425,818. | |
| TOTAL | | 5,425,818. | |