B6E (Official Form 6E) (04/13)

In re **Orion Processing LLC**  Case No. **15-10279**
(If Known)

## *AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* *Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____2_____ continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re **Orion Processing LLC**          Case No. **15-10279**
(If Known)

## *AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES-INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | DATE INCURRED:<br>CONSIDERATION:<br>Federal Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>TEXAS ATTORNEY GENERAL<br>P.O. BOX 12548<br>AUSTIN, TEXAS 78711-2548 | | DATE INCURRED:<br>CONSIDERATION:<br>State Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>TEXAS COMPTROLLER OF PUBLIC ACC(<br>REVENUE ACCOUNTING DIVISION<br>P.O. BOX 13528<br>AUSTIN, TEXAS 78711-3528 | | DATE INCURRED:<br>CONSIDERATION:<br>State Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>TEXAS WORKFORCE COMMISSION<br>101 East 15th St.<br>Austin, Texas 78778-0001 | | DATE INCURRED:<br>CONSIDERATION:<br>Employment Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>TRAVIS COUNTY APPRAISAL DISTRICT<br>8314 CROSS PARK DR.<br>AUSTIN, TEXAS 78754 | | DATE INCURRED:<br>CONSIDERATION:<br>Local Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>TRAVIS COUNTY TAX OFFICE<br>P.O. BOX 1748<br>AUSTIN, TEXAS 78767 | | DATE INCURRED:<br>CONSIDERATION:<br>Local Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |

Sheet no. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals (Totals of this page) > | $0.00 | $0.00 | $0.00 |
| Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | | | |
| Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | | |

B6E (Official Form 6E) (04/13) - Cont.

In re **Orion Processing LLC**                 Case No. **15-10279**
                                                                                            (If Known)

*AMENDED*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>UNITED STATES ATTORNEY<br>WESTERN DISTRICT OF TEXAS<br>INTERNAL REVENUE SERVICE<br>816 CONGRESS AVE., SUITE 1000<br>AUSTIN, TEXAS 78701-2486 | | DATE INCURRED:<br>CONSIDERATION:<br>Federal Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| ACCT #:<br>UNITED STATES ATTORNEY GENERAL<br>INTERNAL REVENUE SERVICE<br>950 PENNSYLVANIA AVE. NW<br>WASHINGTON, DC 20530-0009 | | DATE INCURRED:<br>CONSIDERATION:<br>Federal Taxes<br>REMARKS: | | | | Notice Only | Notice Only | Notice Only |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

                                      Subtotals (Totals of this page) >    $0.00    $0.00    $0.00

                                                              Total >    $0.00
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

                                                               Totals >               $0.00    $0.00
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B 6 Summary (Official Form 6 - Summary) (12/14)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  Orion Processing LLC

Case No.  15-10279

Chapter  11

*AMENDED*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $0.00 | | |
| B - Personal Property | No | 5 | $706,709.61 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $1,037,363.72 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 18 | $706,709.61 | $1,037,363.72 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Orion Processing LLC**      Case No. **15-10279**
                              (if known)

## *AMENDED*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Chief Operating Officer** of the **Limited Liability Company** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **4** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **3/31/2015**        Signature **/s/ David Klein**
                       *David Klein*
                       *Chief Operating Officer*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. *18 U.S.C. §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE: Orion Processing LLC            CASE NO    **15-10279**

CHAPTER    **11**

*AMENDED*
### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   3/31/2015               Signature   /s/ David Klein
                                                      *David Klein*
                                                       *Chief Operating Officer*

Date _____         Signature _____

```
9011 MOUNTAIN RIDGE, LLC
9011 MOUNTAIN RIDGE
STE. 220
AUSTIN, TX  78759-7369


ADEPT LEGAL SOLUTIONS
RAPHAELS, SECOND FLOOR
KOCHI 682017 INDIA


AGENTS & CORPORATIONS, INC
PO BOX 511
WILMINGTON, DE 19899-0511


AMERICAN ARBITRATION ASSOCIATES
18756 STONE OAK PARKWAY, STE 200
SAN ANTONIO, TX  78258-4354


AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463


BLANCHARD, MILLER, LEWIS & ISLEY, P.A
1117 HILLSBOROUGH STREET
RALEIGH, NORTH CAROLINA 27603-1505


BOYD & KUMMER, LLC
20 S. CLARK STREET #1620
CHICAGO, IL 60603-1834


BYRNE LAW, P.C.
421 FAYETTEVILLE ST. STE. 1100
RALEIGH, NC 27607-3000


CPIOP
P.O. BOX 292130
LEWISVILLE, TX 75029-2130
```

```
DOUGLAS E. LARSON
CHAPTER 7 TRUSTEE
2100 ROSS AVE. STE 750
DALLAS, TX 75201-6707


FAEGRE, BAKER, DANIELS, LLP
3200 WELLS FARGO CENTER
1700 LINCOLN STREET
DENVER, CO.  80203-4532


FAMILY CAPITAL INVESTMENT AND MANAGEMENT
8127 MESA DRIVE
STE B206 - PMB 236
AUSTIN, TX 78759-8774


GP ENTERPRISES, INC
4241 JUTLAND DRIVE, #304
SAN DIEGO, CA 92117-3654



INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES-INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JACK AND JANET TENOLD
C/O EDWARD PERRIN, ATTORNEY
2001 BRYAN ST., STE 3900
DALLAS, TX  75201-3093


JARED WALTERS
CHAPTER 7 TRUSTEE
C/O DANIEL P. CALLAHAN
2100 ROSS AVE. STE 750
DALLAS, TX 75201-6707

K & L GATES LLP
210 SIXTH AVE
PITTSBURGH, PA 15222-2613



KATHRYN A. ELLIS
CHAPTER 7 TRUSTEE
600 STEWART STREET, STE 1300
SEATTLE, WA 89101-1255
```

```
MMDS CONSULTING, INC.
15 ENTERPRISE, STE 340
ALISO VIEJO, CA 92656-2685



MORRISON BROWN ARGIZ & FARRA
200 S ORANGE AVE SUITE 1445
ORLANDO, FLORIDA 32801-3440



OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096



PAYCHEX
11777 KATY FREEWAY, STE 200
HOUSTON, TX 77079-1772



RICK FIGUEROA
6611 LOST SPRING DRIVE
SAN ANTONIO, TX 78256-2034



RICK GRAFF
8551 BOAT CLUB RD STE 121 #177
FORT WORTH, TX 76179-3674



SOFTLAYER
4849 ALPHA ROAD
DALLAS, TX 75244-4608



STATE OF COLORADO
C/O JOHN W SUTHERS - ATTORNEY GENERAL
1300 N. BROADWAY, 6TH FLOOR
DENVER, CO 80203-2104


STATE OF CONNECTICUT
ATTORNEY GENERAL
C/O GEORGE JEPSEN
P.O. BOX 120
HARTFORD, CT 06141-0120
```

STATE OF ILLINOIS
C/O REBECCA PRUITT ESQ.
500 SOUTH 2ND STREET
SPRINGFIELD, IL 62701-1705


STATE OF NORTH CAROLINA
C/O LYNN WEAVER, ESQ.
PO BOX 629
RALEIGH, NC 27602-0629


STATE OF OREGON
C/O ELLEN F. ROSENBLUM, ATTORNEY GENERAL
1515 SW FIFTH AVE., SUITE 410
PORTLAND, OR 97201-5451


TEXAS ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TEXAS 78711-2548


TEXAS BUILDING SERVICES
2407 W HOWARD LANE, STE B.
AUSTIN, TX 78728-7635


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION
P.O. BOX 13528
AUSTIN, TEXAS 78711-3528


TEXAS WORKFORCE COMMISSION
101 East 15th St.
Austin, Texas 78778-0001


TRAVELERS CL REMITTANCE CENTER
P.O. BOX 660317
DALLAS, TEXAS 750266-0317


TRAVIS COUNTY APPRAISAL DISTRICT
8314 CROSS PARK DR.
AUSTIN, TEXAS 78754

TRAVIS COUNTY TAX OFFICE
P.O. BOX 1748
AUSTIN, TEXAS 78767


UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS
INTERNAL REVENUE SERVICE
816 CONGRESS AVE., SUITE 1000
AUSTIN, TEXAS 78701-2486

UNITED STATES ATTORNEY GENERAL
INTERNAL REVENUE SERVICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC  20530-0009


WORLD LAW GROUP AMERICA LLP
5214 SW 91st STREET, SUITE A
GAINESVILLE, FL 32608-4172


XO COMMUNICATIONS
P.O. BOX 970205
DALLAS, TEXAS  75397-0205