B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Western District of Texas

In re  Orion Processing, LLC               ,

_Debtor_

Case No.  15-10279

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month:  Feb.27-Mar. 31, 2015

Date filed:  April 20, 2015

Line of Business:  Consumer Debt Settlement

NAISC Code:  522291

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

Original Signature of Responsible Party

David S. Klein

Printed Name of Responsible Party

| | **Questionnaire:** (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☑ | ☐ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 297325.00

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 53004.20

Cash on Hand at End of Month $ 24329.28

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ 24329.28

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 317577.85

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 297325.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 317577.85

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ -20252.85

Page 3

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $      9719.43

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $      0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?      52

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?      41

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?      $      0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?      $      0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?      $      3800.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?      $      3800.00

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 250000.00 | $ 297325.00 | $ -47325.00 |
| EXPENSES | $ -251019 | $ -317577.85 | $ 66558.85 |
| CASH PROFIT | $ -1019.00 | $ -20252.85 | $ 19233.85 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 250000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ 236918.50
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 13081.50

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded via First Class U.S. Mail, postage prepaid, or by electronic mail from the Clerk of the Court on April 20, 2015, to the following parties-in-interest entitled to notice:

Orion Processing LLC
9011 Mountain Ridge Dr. Ste 200
Austin, Texas 78759
*Via First Class Mail*

Travis County Tax Office
c/o Kay D. Brock
P.O. Box 1748
Austin, Texas 78767

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346
*Via First Class Mail*

United States Attorney
Western District of Texas
Internal Revenue Service
816 Congress Ave., Ste 1000
Austin, Texas 78701-2486
*Via First Class Mail*

United States Attorney General
Internal Revenue Service
950 Pennsylvania Ave NW
Washington, DC 20530-0009
*Via First Class Mail*

Travis County Appraisal District
8314 Cross Park Dr.
Austin, Texas 78754
*Via First Class Mail*

Texas Workforce Commission
101 East 15th St., Room 556
Austin, Texas 78778-0001
*Via First Class Mail*

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, STE 230
Austin, Texas 78701-2450
*Via ECF*

Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
*Via First Class Mail*

Texas Comptroller of Public Accounts
Revenue Accounting Division
P.O. Box 13528
Austin, Texas 78711-3528
*Via First Class Mail*

/s/ Jerome A. Brown
JEROME A. BROWN

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### Exhibit B
February 27 - March 31, 2015

Report #1

| | Date | n Type | Num | Name | cription | Split | Amount |
|---|---|---|---|---|---|---|---|
| Income | | | | | | | |
| Administration Fees | | | | | | | |
| Administrative Fee A | | | | | | | |
| | 03/09/201 | Invoice | 1596 | WLD | Monthly | Accounts | 90,000.00 |
| | 03/10/201 | Invoice | 1596 | WLD | Monthly | Accounts | 80,000.00 |
| | 03/17/201 | Invoice | 1596 | WLD | Monthly | Accounts | 70,000.00 |
| | 03/18/201 | Invoice | 1596 | WLD | Monthly | Accounts | 57,325.00 |
| Total for Administrative Fee | | | | | | | 297,325.00 |
| | | | | | | | |
| Cash Beginning of Month | | | | | | | |
| - Prosperity 5641 | | | | | | 15,434.66 | |
| - Prosperity 8213 | | | | | | 37,569.54 | 53,004.20 |
| Cash End of Month | | | | | | | |
| - Prosperity 5641 | | | | | | 8,201.70 | |
| - Prosperity 8213 | | | | | | 15,927.58 | |
| - ABC Bank 0620 | | | | | | 100.00 | |
| - ABC Bank 0639 | | | | | | 100.00 | 24,329.28 |
| Cash available for month | | | | | | | 325,999.92 |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
### February 27 - March 31, 2015

**Report #1**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| **Expenses** | | | | | | |
| **Auto Expense** | | | | | | |
| 03/03/2015 | Bill | 1270 | Orion Limo Services | 2015. | Accounts Payable | 1,000.00 |
| 03/03/2015 | Bill | 1270 | Orion Limo Services | 2015. | Accounts Payable | 1,100.00 |
| 03/20/2015 | Check | 1897 | Jacob Payne | go to post office (2/12/15- | Cash:Operating Prosperity 5641 | 64.40 |
| **Total for Auto Expense** | | | | | | **2,164.40** |
| **Bank Charges** | | | | | | |
| 02/27/2015 | Expense | | Prosperity Bank | ADP payroll taxs | Cash:Payroll Prosperity 8213 | 20.00 |
| 02/28/2015 | Expense | | Prosperity Bank | Service Charge | Cash:Payroll Prosperity 8213 | 10.00 |
| 03/11/2015 | Expense | ACH | Prosperity Bank | Wire Fee | Cash:Payroll Prosperity 8213 | 20.00 |
| 03/13/2015 | Expense | WIRE TRANSFER | ADP | Wire Transfer Fee | Cash:Payroll Prosperity 8213 | 20.00 |
| 03/27/2015 | Expense | ACH | Prosperity Bank | Wire Fee | Cash:Payroll Prosperity 8213 | 20.00 |
| 03/31/2015 | Expense | ACH | Prosperity Bank | Stop Payment on Check | Cash:Payroll Prosperity 8213 | 35.00 |
| 03/31/2015 | Expense | ACH | Prosperity Bank | Stop Payment on Check | Cash:Payroll Prosperity 8213 | 35.00 |
| 03/31/2015 | Expense | ACH | Prosperity Bank | Wire Fee | Cash:Payroll Prosperity 8213 | 20.00 |
| **Total for Bank Charges** | | | | | | **180.00** |
| **Business Gifts** | | | | | | |
| 03/20/2015 | Bill | | Rick Figueroa | Office Promo Gift Card | Accounts Payable | 25.00 |
| 03/20/2015 | Bill | | Rick Figueroa | Office Promo Gift Card | Accounts Payable | 25.00 |
| 03/20/2015 | Bill | | Rick Figueroa | Office Promo Gift Card | Accounts Payable | 30.00 |
| **Total for Business Gifts** | | | | | | **80.00** |
| **Expenses** | | | | | | |
| **Website and Email** | | | | | | |
| 03/10/2015 | Expense | 803256266 | Go Daddy.Com | Business Registration Renewal | Cash:Operating Prosperity 5641 | 4.99 |
| 03/10/2015 | Expense | 803256266 | Go Daddy.Com | Business Registration Renewal | Cash:Operating Prosperity 5641 | 4.99 |
| 03/11/2015 | Expense | Card 8367 | Go Daddy.Com | WORLDLAWDEBTSETTLEME | Cash:Operating Prosperity 5641 | 13.01 |
| 03/11/2015 | Expense | Card 8367 | Go Daddy.Com | Renewal | Cash:Operating Prosperity 5641 | 9.99 |
| 03/11/2015 | Expense | Card 8367 | Go Daddy.Com | WORLDLAWDEBTNEGOTIATI | Cash:Operating Prosperity 5641 | 13.01 |
| 03/11/2015 | Expense | Card 8367 | Go Daddy.Com | Renewal | Cash:Operating Prosperity 5641 | 9.99 |
| **Email** | | | | | | **55.98** |
| **Internet Expenses** | | | | | | **55.98** |
| **Consulting** | | | | | | |
| 03/10/2015 | Bill | | Ron Scott | & 3/10) | Accounts Payable | 2,100.00 |
| **Total for Consulting** | | | | | | **2,100.00** |
| **Insurance** | | | | | | |
| **Workers Compensation** | | | | | | |
| 02/27/2015 | Journal Entry | PR 3 | | | -Split- | 128.80 |
| 03/15/2015 | Journal Entry | PR 3 | | | -Split- | 115.74 |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
February 27 - March 31, 2015

**Report #1**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| **Compensation** | | | | | | |
| 03/30/2015 | Bill | | ADP, Inc. | period end 3/25/15 | Accounts Payable | 118.31 |
| | | | | | | 362.85 |
| **Total for Insurance** | | | | | | 362.85 |
| **Legal & Professional Fees** | | | | | | |
| **Accounting** | | | | | | |
| 03/27/2015 | Bill | Retainer | Morrison Brown Argiz & Farra, LLC | Processing tax return | Accounts Payable | 3,000.00 |
| **Total for Accounting** | | | | | | 3,000.00 |
| **Arbitration** | | | | | | |
| 03/04/2015 | Check | 1890 | American Arbitration Association | clients (see attached) | Cash:Operating Prosperity 5641 | 400.00 |
| 03/09/2015 | Bill | | American Arbitration Association | of clients (see attached) | Accounts Payable | 400.00 |
| **Total for Arbitration** | | | | | | 800.00 |
| **Professional Fees** | | | | | | |
| **Management Fee** | | | | | | |
| 03/06/2015 | Bill | 1256 | FCIAM | February 2015 | Accounts Payable | 2,000.00 |
| 03/06/2015 | Bill | 1256 | FCIAM | February 2015 | Accounts Payable | 159.84 |
| 03/27/2015 | Bill | 1260 | FCIAM | Management Fees for March | Accounts Payable | 60,000.00 |
| **Total for Management Fee** | | | | | | 62,159.84 |
| **Meals and Entertainment** | | | | | | |
| **Business Meals** | | | | | | |
| 03/20/2015 | Bill | | Rick Figueroa | Food for Office Promo | Accounts Payable | 28.44 |
| 03/20/2015 | Bill | | Rick Figueroa | Birthdays | Accounts Payable | 37.98 |
| 03/20/2015 | Bill | | Rick Figueroa | Office Promo- Meat for BBQ | Accounts Payable | 70.36 |
| 03/20/2015 | Bill | | Rick Figueroa | worked late to make phone | Accounts Payable | 64.13 |
| 03/20/2015 | Bill | | Rick Figueroa | performers of the week | Accounts Payable | 31.13 |
| 03/20/2015 | Bill | | Rick Figueroa | Lunch for Ray Brock | Accounts Payable | 22.84 |
| 03/20/2015 | Bill | | Ben Bretz | Meeting / Ben and Ian 1/29/15 | Accounts Payable | 22.80 |
| 03/20/2015 | Bill | | Ben Bretz | Meeting / Ben and Rick 2/6/15 | Accounts Payable | 17.88 |
| 03/20/2015 | Bill | | Ben Bretz | Meeting / Ben and Rick 2/18/15 | Accounts Payable | 17.93 |
| 03/20/2015 | Bill | | Rick Figueroa | Food for Office Promo | Accounts Payable | 43.56 |
| 03/20/2015 | Bill | | Rick Figueroa | Food for Office Promo | Accounts Payable | 20.84 |
| 03/20/2015 | Bill | | Rick Figueroa | Food for Office Promo | Accounts Payable | 71.38 |
| **Total for Business Meals** | | | | | | 449.27 |
| **Entertainment** | | | | | | |
| 03/03/2015 | Expense | Card 1790 | Taco Cabana | Dave / Lunch Meeting | Cash:Operating Prosperity 5641 | 5.60 |
| **Total for Entertainment** | | | | | | 5.60 |
| **Entertainment:** | | | | | | 454.87 |
| **Memberships** | | | | | | |
| 02/27/2015 | Journal Entry | PR 1 | ADP or Employee | golds gym | -Split- | -150.00 |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
February 27 - March 31, 2015

Report #1

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | golds gym | -Split- | -135.00 |
| 03/31/2015 | Journal Entry | PR 1 | ADP or Employee | golds gym | -Split- | -120.00 |
| **Total for Memberships** | | | | | | **-405.00** |
| **Office Expenses** | | | | | | |
| **Copier** | | | | | | |
| 03/23/2015 | Bill | 3073136 | EverBank Commercial Finance, Inc. | Monthly Rental | Accounts Payable | 526.46 |
| **Total for Copier** | | | | | | **526.46** |
| **Other** | | | | | | |
| 03/23/2015 | Bill | 279763 | On Site Services | Screenings | Accounts Payable | 15.00 |
| **Total for Other** | | | | | | **15.00** |
| **Software** | | | | | | |
| 03/06/2015 | Expense | | Campaign Monitor | MC Intl Fee | Cash:Operating Prosperity 5641 | 0.80 |
| 03/06/2015 | Expense | | Campaign Monitor | messages via text to clients / | Cash:Operating Prosperity 5641 | 89.00 |
| 03/09/2015 | Expense | Card 8367 | Intuit Quick Books | QB Online OP | Cash:Operating Prosperity 5641 | 29.81 |
| 03/13/2015 | Bill | | David Klein | OP | Accounts Payable | 39.99 |
| **Total for Software** | | | | | | **159.60** |
| **Storage & Shredding** | | | | | | |
| **Shredding** | | | | | | |
| 03/09/2015 | Bill | 8120089269 | Shred-It Austin | 2015 | Accounts Payable | 420.76 |
| **Total for Shredding** | | | | | | **420.76** |
| **Supplies** | | | | | | |
| 03/03/2015 | Bill | 15A43005 | The Gallery Collection | and Anniversary | Accounts Payable | 111.52 |
| 03/06/2015 | Expense | Card 1264 | Office Max | Supplies | Cash:Operating Prosperity 5641 | 23.90 |
| 03/09/2015 | Expense | 185866 | Cedar Park Signs | Employee Name plates for sign | Cash:Operating Prosperity 5641 | 36.37 |
| 03/09/2015 | Deposit | | Cedar Park Signs | Refund / Inv. 185866 | Cash:Operating Prosperity 5641 | -12.12 |
| 03/10/2015 | Expense | Card 1264 | Cedar Park Lock & Key | STE 130 - assigned to new | Cash:Operating Prosperity 5641 | 10.61 |
| 03/12/2015 | Bill | 873612 | Parks Coffee | Coffee Services & Supplies | Accounts Payable | 256.13 |
| 03/12/2015 | Bill | 888871 | Parks Coffee | Coffee Services & Supplies | Accounts Payable | 552.01 |
| **Total for Supplies** | | | | | | **978.42** |
| **Total for Office Expenses** | | | | | | **2,100.24** |
| **Payroll Expenses** | | | | | | |
| **Commissions** | | | | | | |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | Commissions all departments | -Split- | 796.89 |
| **Total for Commissions** | | | | | | **796.89** |
| **Payroll** | | | | | | |
| **Bonus** | | | | | | |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | Bonus all departments | -Split- | 465.57 |
| **Total for Bonus** | | | | | | **465.57** |
| **Overtime** | | | | | | |

## Orion Processing, LLC d/b/a World Law Processing
### Small Business Operating Report
### EXHIBIT C
#### February 27 - March 31, 2015

**Report #1**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 02/27/2015 | Journal Entry | PR 1 | ADP or Employee | Overtime all departments | -Split- | 1,432.29 |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | Overtime all departments | -Split- | 542.59 |
| 03/31/2015 | Journal Entry | PR 1 | ADP or Employee | Overtime all departments | -Split- | 629.37 |
| **Total for Overtime** | | | | | | **2,604.25** |
| Paid Time | | | | | | |
| 02/27/2015 | Journal Entry | PR 1 | ADP or Employee | Paid time all departments | -Split- | 809.27 |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | Paid time all departments | -Split- | 610.28 |
| 03/31/2015 | Journal Entry | PR 1 | ADP or Employee | Paid time all departments | -Split- | 1,067.49 |
| **Total for Paid Time** | | | | | | **2,487.04** |
| Salaries & Wages | | | | | | |
| 02/27/2015 | Journal Entry | PR 1 | ADP or Employee | departments | -Split- | 60,967.33 |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | departments | -Split- | 54,868.54 |
| 03/31/2015 | Journal Entry | PR 1 | ADP or Employee | departments | -Split- | 55,521.57 |
| | | | | | | 171,357.44 |
| **Wages** | | | | | | **176,914.30** |
| **Total for Payroll** | | | | | | |
| Payroll Processing | | | | | | |
| 03/06/2015 | Bill | 4507582663 | ADP, Inc. | period ending 02/24/2015 | Accounts Payable | 543.26 |
| 03/20/2015 | Bill | 451414122 | ADP, Inc. | ending 3/10/15 | Accounts Payable | 653.69 |
| **Total for Payroll Processing** | | | | | | **1,196.95** |
| Processing | | | | | | |
| Payroll Taxes | | | | | | |
| FUTA | | | | | | |
| 02/27/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 280.60 |
| 03/15/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 221.45 |
| 03/31/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 182.66 |
| **Total for FUTA** | | | | | | **684.71** |
| Medicare | | | | | | |
| 02/27/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 916.53 |
| 03/15/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 833.82 |
| 03/31/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 829.67 |
| **Total for Medicare** | | | | | | **2,579.82** |
| OASDI | | | | | | |
| 02/27/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 3,918.95 |
| 03/15/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 3,551.60 |
| 03/31/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 3,547.53 |
| **Total for OASDI** | | | | | | **11,018.08** |
| SUI | | | | | | |
| 02/27/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 2,047.72 |
| 03/15/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 1,574.13 |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
### February 27 - March 31, 2015

**Report #1**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 03/31/2015 | Journal Entry | PR 2 | ADP or Employee | payroll tax | -Split- | 1,466.39 |
| **Total for SUI** | | | | | | 5,088.24 |
| **Total for Payroll Taxes** | | | | | | 19,370.85 |
| **Total for Payroll Expenses** | | | | | | 198,278.99 |
| Per Diem | | | | | | |
| 02/27/2015 | Journal Entry | PR 1 | ADP or Employee | Per diem all departments | -Split- | 500.00 |
| 03/15/2015 | Journal Entry | PR 1 | ADP or Employee | Per diem all departments | -Split- | 500.00 |
| 03/31/2015 | Journal Entry | PR 1 | ADP or Employee | Per diem all departments | -Split- | 500.00 |
| **Total for Per Diem** | | | | | | 1,500.00 |
| Postage & Delivery | | | | | | |
| 03/04/2015 | Bill | 03-04-2015 14:14 PST | Stamps.Com | for OP Clerical Department | Accounts Payable | 143.75 |
| 03/04/2015 | Bill | 03-04-2015 14:13 PST | Stamps.Com | for OP Clerical Department | Accounts Payable | 143.75 |
| 03/04/2015 | Bill | 03-04-2015 14:12 PST | Stamps.Com | for OP Clerical Department | Accounts Payable | 143.75 |
| 03/04/2015 | Bill | 03-04-2015 14:11 PST | Stamps.Com | for OP Clerical Department | Accounts Payable | 143.75 |
| 03/11/2015 | Expense | | Stamps.Com | (monthly) | Cash:Operating Property 5641 | 24.99 |
| 03/11/2015 | Bill | 77305113O5527 | FedEx | Discovery PAT per D. Scott | Accounts Payable | 26.14 |
| 03/26/2015 | Bill | | Postmaster | 12 months through 3/31/16. | Accounts Payable | 154.00 |
| **Delivery** | | | | | | 780.13 |
| Rent or Lease | | | | | | |
| 03/03/2015 | Bill | | Lago Properties | Rent for Bldg.#3 | Accounts Payable | 800.00 |
| 03/03/2015 | Bill | | Lago Properties | Rent for Unit#4, Alfalfa | Accounts Payable | 95.00 |
| 03/03/2015 | Bill | | Lago Properties | Rent for Bldg.#3 | Accounts Payable | 800.00 |
| 03/03/2015 | Bill | | Lago Properties | Rent for Unit#4, Alfalfa | Accounts Payable | 95.00 |
| 03/09/2015 | Bill | 1249 | FCIAM | Base Rent for Suite 150 | Accounts Payable | 771.61 |
| 03/09/2015 | Bill | 1249 | FCIAM | Base Rent for Suite 200 | Accounts Payable | 5,212.54 |
| 03/09/2015 | Bill | 1249 | FCIAM | expenses for Suite 200 | Accounts Payable | 3,450.37 |
| 03/09/2015 | Bill | 1249 | FCIAM | expenses for Suite 150 | Accounts Payable | 565.48 |
| 03/17/2015 | Bill | 1249 | FCIAM | Base Rent for Suite 150 | Accounts Payable | 846.56 |
| 03/17/2015 | Bill | 1249 | FCIAM | expenses for Suite 150 | Accounts Payable | 620.41 |
| 03/17/2015 | Bill | 1249 | FCIAM | Base Rent for Suite 200 | Accounts Payable | 5,718.84 |
| 03/17/2015 | Bill | 1249 | FCIAM | expenses for Suite 200 | Accounts Payable | 3,785.50 |
| **Total for Rent or Lease** | | | | | | 22,761.31 |
| Telephone Expense | | | | | | |
| Basic Service | | | | | | |
| 03/20/2015 | Bill | 114293 | XO Communications | Phone service | Accounts Payable | 10,325.44 |
| 03/20/2015 | Bill | 272900818 | XO Communications | Phone service | Accounts Payable | 5,227.98 |
| **Total for Basic Service** | | | | | | 15,553.42 |
| Cell Phones | | | | | | |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
#### February 27 - March 31, 2015

Report #1

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 03/02/2015 | Check | 1896 | Eddie Dourin | company purposes | Cash:Operating Prosperity 5641 | 40.00 |
| 03/16/2015 | Bill | ACH 03/16/15 | AT&T Mobility | Business Cell Phone Usage | Accounts Payable | 833.12 |
| **Total for Cell Phones** | | | | | | **873.12** |
| **Fax** | | | | | | |
| 02/27/2015 | Bill | OP-Mesa | Fax.Com | Mesa 866-594-0028 | Accounts Payable | 9.99 |
| 02/27/2015 | Bill | Litigation Fax | Fax.Com | Outbound Coverage | Accounts Payable | 493.68 |
| 02/27/2015 | Bill | Litigation Fax | Fax.Com | Litigation 866-206-8508 - Base | Accounts Payable | 9.99 |
| 03/02/2015 | Expense | 12294771 | Fax.Com | World Law Base | Cash:Operating Prosperity 5641 | 9.95 |
| 03/02/2015 | Expense | 12294771 | Fax.Com | Works Law - Inbound overage | Cash:Operating Prosperity 5641 | 278.60 |
| **Total for Fax** | | | | | | **802.21** |
| | | | | | | **17,228.75** |
| **Expense** | | | | | | |
| **Travel** | | | | | | |
| **Airfare** | | | | | | |
| 03/02/2015 | Expense | Card 1790 | Delta Air | Dave's trip to Oregon | Cash:Operating Prosperity 5641 | 1,219.60 |
| 03/02/2015 | Expense | Card 1790 | Gogoair.com | Travel Expenses / Dave | Cash:Operating Prosperity 5641 | 16.00 |
| 03/02/2015 | Expense | Card 8375 | Delta Delta.com | Portland trip / Derin | Cash:Operating Prosperity 5641 | 693.60 |
| 03/05/2015 | Expense | Card 8375 | Delta Cincinnati OH | Travel / Derin | Cash:Operating Prosperity 5641 | 29.00 |
| 03/09/2015 | Expense | Card 1790 | United Airlines | Airfare / Dave | Cash:Operating Prosperity 5641 | 757.48 |
| **Total for Airfare** | | | | | | **2,715.68** |
| **Cab Fare** | | | | | | |
| 03/02/2015 | Expense | Card 1790 | Broadway Cab | Portland | Cash:Operating Prosperity 5641 | 12.80 |
| 03/02/2015 | Expense | Card 1790 | Sam's Airport Transportation | Dave's trip to OR | Cash:Operating Prosperity 5641 | 22.00 |
| 03/03/2015 | Expense | Card 1790 | Curb Alexandria | Dave's trip to OR | Cash:Operating Prosperity 5641 | 11.20 |
| 03/03/2015 | Expense | Card 1790 | Broadway Cab | Portland | Cash:Operating Prosperity 5641 | 11.30 |
| 03/03/2015 | Expense | Card 1790 | Green Cab | Dave's trip to OR | Cash:Operating Prosperity 5641 | 12.20 |
| 03/03/2015 | Expense | Card 1790 | Curb Alexandria | Dave's trip to OR | Cash:Operating Prosperity 5641 | 10.10 |
| 03/05/2015 | Expense | Card 1790 | Curb Alexandria | Dave's trip to OR | Cash:Operating Prosperity 5641 | 14.30 |
| 03/06/2015 | Expense | Card 1790 | New Rose Cab | Dave's trip to OR | Cash:Operating Prosperity 5641 | 12.40 |
| 03/06/2015 | Expense | Card 1790 | Curb Alexandria | Dave's trip to OR | Cash:Operating Prosperity 5641 | 18.70 |
| 03/09/2015 | Expense | Card 1790 | Curb Alexandria | Dave's trip to OR | Cash:Operating Prosperity 5641 | 41.06 |
| **Total for Cab Fare** | | | | | | **166.06** |
| **Hotel** | | | | | | |
| 03/06/2015 | Expense | Card 1790 | Marriott Portland OR | Portland trip / Dave & Derin | Cash:Operating Prosperity 5641 | 620.40 |
| 03/09/2015 | Expense | Card 1790 | Marriott Portland OR | Portland trip / Dave & Derin | Cash:Operating Prosperity 5641 | 5.00 |
| 03/09/2015 | Expense | Card 1790 | Marriott Portland OR | Portland trip / Dave & Derin | Cash:Operating Prosperity 5641 | 143.13 |
| **Total for Hotel** | | | | | | **768.53** |
| **Meals** | | | | | | |
| 03/02/2015 | Expense | Card 1790 | Subway | Dave's trip to OR | Cash:Operating Prosperity 5641 | 17.25 |

# Orion Processing, LLC d/b/a World Law Processing
## Small Business Operating Report
### EXHIBIT C
### February 27 - March 31, 2015

Report #1

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount |
|---|---|---|---|---|---|---|
| 03/03/2015 | Expense | Card 1790 | Plaza Deli | OR / Dave | Cash:Operating Prosperity 5641 | 13.20 |
| 03/03/2015 | Expense | Card 1790 | Plaza Deli | OR / Dave | Cash:Operating Prosperity 5641 | 11.20 |
| 03/03/2015 | Expense | Card 1790 | Rock & Brews | Dave's trip to OR | Cash:Operating Prosperity 5641 | 17.99 |
| 03/05/2015 | Expense | Card 1790 | Plaza Deli | Dave's trip to OR | Cash:Operating Prosperity 5641 | 11.95 |
| 03/05/2015 | Expense | Card 1790 | Applebees | OR trip - Dave and Derin | Cash:Operating Prosperity 5641 | 33.48 |
| 03/06/2015 | Expense | Card 1790 | Red Robin | Dave's trip to OR | Cash:Operating Prosperity 5641 | 33.47 |
| 03/09/2015 | Expense | Card 1790 | McDonald's | Dave's trip to OR | Cash:Operating Prosperity 5641 | 9.66 |
| 03/09/2015 | Expense | Card 1790 | The Grove-Houston OPS | Travel meals / Dave | Cash:Operating Prosperity 5641 | 5.28 |
| 03/09/2015 | Expense | Card 1790 | Rouge Pub and Grill | Portland trip / Dave | Cash:Operating Prosperity 5641 | 25.24 |
| 03/09/2015 | Expense | Card 1790 | Veritable Quandary | Dave's trip to OR | Cash:Operating Prosperity 5641 | 90.50 |
| **Total for Meals** | | | | | | **269.22** |
| **Parking** | | | | | | |
| 03/09/2015 | Expense | Card 1790 | Austin Fast Park | Parking fees / Dave | Cash:Operating Prosperity 5641 | 56.00 |
| **Total for Parking** | | | | | | **56.00** |
| **Total for Travel** | | | | | | **3,975.49** |
| **Total for Expenses** | | | | | | **317,577.85** |

**EXHIBIT B**
**SMALL BUSINESS OPERATING REPORT**
**Exhibit D**
**February 27 – March 31, 2015**

Report #1

| Date: | Description | Purpose | Amount | Due |
|-------|-------------|---------|--------|-----|
| 3/23/15 | Boyd & Kuymmer LLC | Legal fees for transcript review | $550.00 | 3/31/15 |
| 3/9/15 | Derin Scott (Reimbursement) | Air fare for OR hearing | $900.00 | 3/31/15 |
| 3/19/31 | TextMarks, Inc. | Text Service Fee (Auto Draft) | $ 29.00 | 4/15/15 |
| 3/31/15 | XO Communications | Telecommunications Bill | $8,240.43 | 4/30/15 |
| | | | $9,719.43 | |