# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re:

ORION PROCESSING LLC            CASE NO. 15-10279
EIN: xx-xxx8205

DEBTOR-IN-POSSESSION

                                SMALL BUSINESS CASE
                                UNDER CHAPTER 11

_____/

## NOTICE OF CONTINUED MEETING OF CREDITORS

**TO ALL PARTIES IN INTEREST:**

The Meeting of Creditors in the above-referenced bankruptcy case has been continued to:

     **Date & Time:**     Tuesday, May 12, 2015 at 10:00 a.m.

     **Location:**     Austin Room 1500; Homer Thornberry Bldg.,
                           903 San Jacinto, Austin, TX 78701

DATED this 1st day of May 2015.

                                             RESPECTFULLY SUBMITTED,
                                             **THE BROWN LAW FIRM**

                                   By:   /s/ Jerome A. Brown
                                         Jerome A. Brown
                                         State Bar No. 03140000
                                         P.O. Box 1667
                                         Victoria, TX 77902
                                         Phone: (361) 579-6700
                                         Facsimile: (361) 485-0465
                                         Email: jerome@brownbankruptcy.com
                                         Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was forwarded via First Class U.S. Mail, postage prepaid, or by electronic mail from the Clerk of the Court on May 1, 2015, to the following parties-in-interest entitled to notice set forth in Exhibit A attached hereto.

/s/ Jerome A. Brown
Jerome A. Brown

Orion Processing LLC
9011 Mountain Ridge Dr., Ste 200
Austin, TX 78759-7251

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

AT&T MOBILITY
P.O. BOX 6463
CAROL STREAM, IL 60197-6463

Adept Legal Solutions
Raphales, Second Floor
Kochi 682017 India

Agents & Corporations, Inc.
P.O. Box 511
Wilmington, DE 19899-0511

American Arbitation Associates
18756 Stone Oak Parkway Ste 200
San Antonio, TX 78258-4354

Blanchard, Miller, Lewis & Isley
1117 Hillsborough Street
Raleigh, NC 27603-1505

Boyd & Kummer, LLC
20 S. Clark Street #1620
Chicago, IL 60603-1834

Byrne Law P.C.
421 Fayetteville St. Ste. 1100
Raleight, NC 27601-3000

CPIOP
P.O. Box 292130
Lewisbille, TX 75029-2130

Douglas E. Larson
Chapter 7 Trustee
2100 Ross Ave. Ste 750
Dallas, TX 75201-6707

FAEGRE, BAKER, DANIELS, LLP
3200 WELLS FARGO CENTER
1700 LINCOLN STREET
DENVER, CO 80203-4500

Family Capital Investment And Management
8127 Mesa Drive
Ste. B206- PMB 236
Austin, TX 78759-8632

GP Enterprises, Inc.
4241 Jutland Drive, #304
San Diego, CA 92117-3654

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JACK AND JANET TENOLD
C/O EDWARD PERRIN, ATTORNEY
2001 BRYAN ST #3900
DALLAS, TX 75201-3093

Jared Walters
Chapter 7 Trustee
c/o Daniel P. Callahan
2100 Ross Ave. Ste 750
Dallas, TX 75201-6707

K&L Gates LLP
210 Sixth Ave.
Pittsburgh, PA 15222-2613

KESSLER & COLLINS
C/O DANIEL P. CALLAHAN, ESQ.
2100 ROSS AVE #750
DALLAS, TX 75201-6707

Kathryn A. Ellis
Chapter 7 Trustee
600 Stewart Street, Ste. 1300
Seattle, WA 98101-1255

MMDS Consulting, Inc.
15 Enterprise, Ste. 340
Aliso Viejo, CA 92656-2685

Morrison Brown Argiz & Farra
200 S. Orange Ave. Ste 1445
Orlando, FL 32801-3440

OREGON DEPARTMENT OF JUSTICE
1162 COURT STREET NE
SALEM, OR 97301-4096

Paychex
11777 Katy Freeway, Ste. 200
Houston, TX 77079-1772

Rick Figueroa
6611 Lost Spring Drive
San Antonio, TX 78256-2034

Rick Graff
8551 Boat Club Rd. Ste. 121 #177
Fort Worth, TX 76179-3674

STATE OF COLORADO
C/O JOHN W SUTHERS - ATTORNEY GENERAL
1300 N. BROADWAY, 6th FLOOR
DENVER, CO 80203-2104

STATE OF CONNECTICUT ATTORNEY GENERAL
C/O GEORGE JEPSEN
P.O. BOX 120
HARTFORD, CT 06141-0120

Exhibit A

STATE OF ILLINOIS
C/O REBECCA PRUITT ESQ.
500 SOUTH 2ND STREET
SPRINGFIELD, IL 62701-1705

STATE OF NORTH CAROLINA
C/O LYNN WEAVER, ESQ.
PO BOX 629
RALEIGH, NC 27602-0629

STATE OF OREGON
C/O ELLEN F. ROSENBLUM, ATTORNEY
1515 SW FIFTH AVE #410
PORTLAND, OR 97201-5451

Softlayer
4849 Alpha Road
Dallas, TX 75244-4608

TRAVELERS CL REMITTANCE CENTER
P.O. BOX 660317
DALLAS, TX 75266-0317

Texas Building Services
2407 W. Howard Lane, Ste B.
Austin, TX 78728-7635

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

XO COMMUNICATIONS
P.O. BOX 970205
DALLAS, TX 75397-0205

TEXAS ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX 78711-2548

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIVISION
P.O. BOX 13528
AUSTIN, TX 78711-3528

TEXAS WORKFORCE COMMISSION
101 EAST 15TH ST.
AUSTIN, TX 78778-0001

TRAVIS COUNTY APPRAISAL DISTRICT
8314 CROSS PARK DR.
AUSTIN, TX 78754

TRAVIS COUNTY TAX OFFICE
c/o Kay D. Brock
P.O. BOX 1748
AUSTIN, TX 78767

UNITED STATES ATTORNEY
WESTERN DISTRICT OF TEXAS
INTERNAL REVENUE SERVICE
816 CONGRESS AVE., STE 1000
AUSTIN, TX 78701-2486

UNITED STATES ATTORNEY GENERAL
INTERNAL REVENUE SERVICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0009