IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In re:

| | |
|---|---|
| ORION PROCESSING LLC<br>EIN: xx-xxx8205 | Case No. 15-10279 |
| DEBTOR-IN-POSSESSION<br>_____/ | Small Business Case Under Chapter 11 |

## WITNESS AND EXHIBIT LIST OF DEBTOR

**I. Witnesses.**

| MAIN/ADV NO.: 15-10279 | ORION PROCESSING LLC |
|---|---|
| **WITNESSES:** | |
| DAVID KLEIN | |
| BRENT ZIEGLER | **JUDGE:** TONY M. DAVIS |
| LAURENCE BOYLAN | **COURTROOM STAFF:** |
| PETER BARTON | **DATE**: 8/19/2015   **AT:**  8:00 a.m. |
| LISA VANCE | **PARTY NAMES:** STATE OF OREGON ET AL / DEBTOR |
| MELISSA IOVINO | **ATTORNEYS' NAMES:** Jerome A. Brown / Jeff Cohen |
| MARY A. BEDIKIAN | **ATTORNEY'S PHONE:** 361-579-6700 / 303-446-3864 |
| MARK BECKETT | **NATURE OF PROCEEDING:**<br>THE STATE OF OREGON, OREGON DEPARTMENT OF JUSTICE'S MOTION TO CONVERT CASE TO CHAPTER 7.<br>**(DOCUMENT #107)** |
| MARK MALLET | |
| KEVIN HENDRICK | |
| WARREN H. SPAR | |
| ANAND K. GUPTA | |
| IAN RANEY | |
| ANY WITNESS CALLED BY ANY OTHER PARTY | |
| | |

## EXHIBIT LIST

**II. Exhibits.** Orion Processing LLC will be using electronic exhibits.  Electronic exhibits will be provided to parties receiving ECF notifications.

| NO | DESCRIPTION | NR | OF | OJ | AM | DT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1 | Orion Processing Organizational Documents | | | | | | |
| 2 | Orion Processing 2013 Federal Tax Returns | | | | | | |
| 3 | Affidavit of Milan Rabiska World Law Swiss Verein | | | | | | |
| 4 | World Law Direct Home Page | | | | | | |
| 5 | Www.Archive.org Web Presence History of www.WorldLawDirect.com | | | | | | |
| 6 | Alexa.com World Wide Web ranking of www.WorldLawDirect.com | | | | | | |
| 7 | Google Analytics Reporting on user interaction with www.worldlawdirect.com as of July 2015 | | | | | | |
| 8 | Name Comparison Chart | | | | | | |
| 9 | Emails regarding Trademark Dispute with Third Party regarding use of "World Law" Name (Confidential. Request to be Submitted under Seal) | | | | | | |
| 10 | Wolters Kluwer Document (Confidential. Request to be Submitted under Seal) | | | | | | |
| 11 | H&R Block Documents (Confidential. Request to be Submitted under Seal) | | | | | | |
| 12 | World Law Price Pyramid (Confidential. Request to be Submitted under Seal) | | | | | | |
| 13 | World Law Client Debt Settlement Summary Report | | | | | | |
| 14 | Memorandum of Understanding dated July 18th, 2010. Entered into between World Law Group LLP and Orion Processing LLC. | | | | | | |
| 15 | Non-Legal Servicing Agreement Dated January 07, 2012. Entered into between World Law Group America LLP and Orion Processing LLC. | | | | | | |
| 16 | Servicing Agreement, Effective as of October 1, 2015. Between Orion Processing, LLC and World Law Group America LLP | | | | | | |
| 17 | Form of Mediation Retainer Agreement Between World Law Clients and World Law Debt | | | | | | |
| 18 | Debtor's Post-Petition Monthly Operating Reports | | | | | | |
| 19 | Identity and Fair Market Value of Debtor's Material Assets | | | | | | |
| 20 | Debtor's Pre-Petition Financial Statements | | | | | | |
| 21 | Debtor's Projections of Cash Flow and Earnings for Post-Confirmation Period | | | | | | |
| 22 | Debtor's Liquidation Analysis | | | | | | |
| 23 | Debtor's Cash Sources on Effective Date of Plan | | | | | | |
| 24 | Detailed Spreadsheets Regarding Debtor's Insiders and Compensation Paid to Such Insiders | | | | | | |
| 25 | Ian Raney Bar Admissions CA and TX | | | | | | |

| NO | DESCRIPTION | NR | OF | OJ | AM | DT | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 26 | Arbitration DecisionJames Wherry vs Discover Bank | | | | | | |
| 27 | Coffman v. Williamson, 22015 CO 35[2015 BL 164268] Supreme Court of Colorado Opinion | | | | | | |
| 28 | Federal Arbitration Act | | | | | | |
| 29 | 50 States Survey of Applicable Regulations Regarding Debt Consolidators | | | | | | |
| 30 | Any Documents Admitted into Evidence on any Other Party's Exhibit List | | | | | | |
| | | | | | | | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was forwarded via First Class U.S. Mail, postage prepaid, or by electronic mail from the Clerk of the Court on August 17, 2015 to the following parties-in-interest entitled to notice set forth below:

Orion Processing LLC
9011 Mountain Ridge Dr., Ste 200
Austin, Tx 78759-7251
*Via First Class Mail*

United States Trustee
903 San Jacinto Blvd, Ste 230
Austin, Tx 78701-2450
*Via ECF*

Lynn Hamilton Butler
Husch Blackwell LLP
111 Congress Avenue, Ste 1400
Austin, Tx 78701
*Via ECF*

Patrick T. Ring
Assistant Attorney General
Office of the Connecticut Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
*Via ECF*

Lisa A. Vance
The Law Office of Lisa A. Vance, P.C.
407 Eighth Street
San Antonio, TX 78215
*Via First Class Mail*

M. Lynne Weaver
Special Deputy Attorney General
North Carolina Dept of Justice
P.O. Box 629
Raleigh, NC 27602
*Via ECF*

Zachary Mosner
Assistant Attorney General
800 Fifth Ave, Ste 2000
Seattle, WA 98104-3188
*Via ECF*

Courtney J. Hull
Assistant Attorney General
Texas Attorney General Office
P.O. Box 12548
Austin, Texas 78711-2548
*Via ECF*

James B. Holden
Colorado Dept of Law
Ralph L. Carr Colorado Judicial Ctr
1300 Broadway, 8th Floor
Denver, CO 80203
*Via ECF*

Martin J. Peck
Security State Bank Building
107 E. Harvey, Second Floor
P.O. Box 421
Wellington, KS 67152
*Via ECF*

Travis County Tax Office
c/o Kay D. Brock
P.O. Box 1748
Austin, Tx 78767
*Via ECF*

Karen E. Murray
Craddock Massey LLP
1400 Post Oak Blvd, Ste 640
Houston, TX 77002
*Via ECF*

Ann W. Matthews
Special Deputy Attorney General
North Carolina Dept of Justice
P.O. Box 629
Raleigh, NC 27602
*Via ECF*

/s/ Jerome A. Brown
Jerome A. Brown