

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 20, 2015.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | CASE NO. 15-10279-tmd |
| § | |
| ORION PROCESSING LLC § | |
| § | CHAPTER 11 |
| Debtor. § | |

### ORDER GRANTING MOTION TO CONVERT

Before the Court is the Motion to Convert filed by the State of Oregon [Dkt No. 107]. For the reasons stated on the record at the hearing on August 20, 2015, the Court finds that the case should be converted.

ACCORDINGLY, IT IS ORDERED that the motion is granted and the above case is converted to a case under chapter 7.

# # #